# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1150.  TRICE v. THE STATE.**

This appeal was docketed on March 13, 2024. The Appellant's brief and enumeration of errors were originally due on April 2, 2024. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors, and the Appellant has not filed a motion for an extension of time.

Accordingly, this appeal is deemed abandoned and hereby DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

The Clerk of Court is DIRECTED to send a copy of this order to the Appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*